No. 88–6127.   REDWING v. JOSEPH.   Sup. Ct. S. D.   Certiorari denied.

No. 88–6141.   LINDSAY ET AL. v. BORGERT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–6153.   BAKER ET AL. v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 88–6159.   J. Q. (NATURAL MOTHER) v. D. R. L. ET AL. (ADOPTIVE PARENTS).   Sup. Ct. Ind.   Certiorari denied.

No. 88–6216.   BOUIE v. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–6308.   PATINO v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 88–6330.   PHILLIPS v. MARTINEZ ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–6360.   LAM v. IOWA ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–6444.   KING v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 88–6494.   WRENN v. BENSON ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–6524.   WRENN v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 88–6533.   FERMIN v. COMMODITY FUTURES TRADING COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 88–6573.   FORD v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–6580.   PORTWOOD, AKA TUCKER, ET AL. v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 88–6581.   PHILLIPS v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.